UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

           v.                          Criminal No. 12-cr-0002-01-JL

<u>Maria M. Ulloa</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is rescheduled to July 2, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning July 10, 2012, 9:30 a.m. No further continuances without a good cause showing at a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:  April 10, 2012

cc:  Bjorn R. Lange, AFD
     William E. Morse, AUSA
     U.S. Marshal
     U.S. Probation