UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 12-cr-0002-01-JL

<u>Maria M. Ulloa</u>

### O R D E R

The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted.  The motion sets forth good cause as required. Defense counsel should take full advantage of any interpretation resources available in order to move is case toward trial or a negotiated disposition. Final Pretrial is rescheduled to August 27, 2012 at 1:30 p.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                        /s/ Joe Laplante
                                        _____
                                        Joseph N. Laplante
                                        Chief Judge

Date:  May 29, 2012

cc:  Bjorn R. Lange, AFD
     William E. Morse, AUSA
     U.S. Marshal
     U.S. Probation